PROB 12A
(12/98)

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Damien Deshawn Cherry**  Case Number: **CR-1-02-38**

Name of Sentencing Judicial Officer:  **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **November 21, 2002**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)**

Original Sentence: **46 months in prison, 36 months of supervised release, a $500 fine, and a $100 special assessment**

Type of Supervision: **Supervised release**  Date Supervision Commenced: **March 23, 2007**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance. |
| | On June 16, 2007, Cherry was arrested by the Cincinnati Police Division and was charged with Felonious Assault (case number 07/CRA/21874), Having Weapons While Under Disability (case number 07/CRA/22275/A), Carrying Concealed Weapon (case number 07/CRA/22275/B), Receiving Stolen Property (case number 07/CRA/22275/C), and Possession of Marijuana (case number 07/CRB/22276). He is currently detained in the Hamilton County Justice Center on a $100,000 (10%) bond for each case number. |

U.S. Probation Officer Action: **According to the Cincinnati Police Division, these charges maybe referred to Federal Court for prosecution. Thus, it is respectfully recommended that no action be taken until the pending charges are resolved.**

Respectfully submitted,  Approved,

by *Mark R. Grawe* (signature)  by *John C. Cole* (signature)

**Mark R. Grawe**  **John C. Cole**
U. S. Probation Officer  Supervising U. S. Probation Officer
Date:  **June 25, 2007**  Date:  **June 25, 2007**

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*Susan J. Dlott* (signature)
Signature of Judicial Officer

June 26, 2007
Date