PROB 12C
Rev 2/03

# United States District Court
## for
## Southern District of Ohio
### Report on Offender Under Supervision

Name of Offender: **Damien Cherry**  Case Number: **CR-1-02-38**

Name of Sentencing Judicial Officer:   **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **November 21, 2002**

Original Offense: **Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)**

Original Sentence: **46 months in prison, 36 months of supervised release, a $500 fine, and a $100 special assessment**

Type of Supervision: **Supervised release**   Date Supervision Commenced: **March 23, 2007**

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue an Order to Appear and Show Cause
[ ]  To grant an exception to revocation without a hearing.

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Standard Condition: You shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.<br><br>On February 27, 2008, Cherry was convicted of Felonious Assault (two counts), Having Weapons While Under Disability, Receiving Stolen Property, Felonious Assault (two counts) in Hamilton County Court of Common Pleas in case number B0705110-A). Cherry was sentenced to an aggregate term of imprisonment for 15 years for this offenses. |
| #2 | Standard Condition: You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.<br><br>Cherry submitted a urine sample on April 26, 2007 that test positive for marijuana. |

U.S. Probation Officer Recommendation: On June 25, 2007, this officer advised the Court that Cherry was arrested by the Cincinnati Police Division for the aforementioned offenses. He has been in custody since June 25, 2007. On February 27, 2008, Cherry was sentenced to a term of imprisonment for 15 years for these offenses. Since Cherry committed an offense of violence punishable by a term of imprisonment exceeding one year, revocation is mandatory pursuant to the Sentencing Guidelines. Thus, it is respectfully recommended that a warrant by issued for Cherry's arrest so that he can appear for a violation hearing.

PROB 12C
Rev 2/03

2

RE: CHERRY, Damien                                                                                           Page Two

The term of supervision should be
    [X]    Revoked.
    [ ]    Extended for  years, for a total term of  years.
    [ ]    Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
    [ ]    The conditions of supervision should be modified as follows:


I declare under penalty of perjury that                              Approved,
the foregoing is true and correct.
Executed on **March 13, 2008**

*(signature)*                                    by    *(signature)*
**Mark R. Grawe**                                     **John C. Cole**
U.S. Probation Officer                                Supervising U.S. Probation Officer
                                                                                     Date:        **March 13, 2008**


THE COURT ORDERS:

    [ ]    No Action
    [X]    The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
    [ ]    The Issuance of an Order to Appear and Show Cause
    [ ]    The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
    [ ]    Other

*(signature)*
Signature of Judicial Officer

March 14, 2008
Date