UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

A#

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

DAMIEN CHERRY,
    Defendant.

Case No. __1:07cr157__
(Hogan, MJ ; J. Spiegel)

08 MAR 26 ... 2:23

02cr38 supervised release violation

**CRIMINAL MINUTES before**
**Magistrate Judge Timothy S. Hogan**

Courtroom Deputy: **Arthur Hill**
Court Reporter: Official Reporter, Jodie Perkins
Date/Time: **March 25, 2008 at 1:30 PM**

United States Attorney: __James Butler__    Defendant Attorney: __Ransom Hudson, AFPD__

*Initial Appearance Hearing on* [ ] *Complaint;* [X] *Indictment;* [ ] *Information;* or [X] *petition for probation / supervised release* [ ] *Rule 5(c)(3) out of* _____ ; [ ] *pretrial release violation;* [ ] *Other matters*

[X] Counsel present
[X] Defendant informed of his / her rights
[X] Defendant provided copy of charging document
[ ] Government moves for defendant to be detained pending detention hearing _____
[ ] Financial affidavit presented to the Court/Defendant
[X] Counsel ~~previously~~ appointed.  FPD

*Detention Hearing:* [X] Defendant to be detained pending trial pursuant to pretrial detention order
Plaintiff Witness _____ Defendant Witness _____
[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____
Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify
[ ] refrain from alcohol [ ] narcotic drugs unless prescribed [ ] use of firearms [ ] Travel Restricted to _____
[ ] _____ [ ] _____ [ ] _____ [ ] _____
*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [X] waived; [ ] bond continued/denied  Cont'd to J. Dlott
AUSA Witnesses: _____ Defendant Witnesses: _____

AUSA Exhibits: _____ Defendant Exhibits: _____
[ ] Preliminary Exam Hearing set _____
[ ] Case to proceed before the Grand Jury
[ ] Case set for Arraignment _____

*Arraignment on* [X] *Indictment* or [ ] *Information* or [ ] *Superseding Indictment:*
Defendant waives reading of: [X] Indict    [ ] Info [ ] Indict Read    [ ] Info Read
Defendant pleads: [ ] GUILTY [X] NOT GUILTY
[ ] Case referred to Probation Department for Presentence Report
[ ] Sentencing set for _____
[X] Case to proceed before Judge Spiegel
[ ] Statement of Agent _____

*Removal Hearing (Rule 40):*
[ ] Defendant waives Identity Hearing. [ ] Defendant waives Preliminary Examination
[ ] Commitment to Another District Ordered (Rule 40), remove to _____
[ ] Case set for a _____
[ ] Statement of Agent _____
Remarks: