# United States District Court

_Southern_ _____ DISTRICT OF _Ohio (Western Division)_

UNITED STATES OF AMERICA

V.

_Damien Cherry_

### WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: _1:02cr38_

I, _Damien Cherry_ _____, charged in a (complaint) (petition)

pending in this District with _Supervised Release Violation_ _____

in violation of Title _18_ _____, U.S.C., _3583_ _____.

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
_Defendant_

_3/26/08_
_Date_

_____
_Counsel for Defendant_