IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

Case Number: 1:02CR38

vs.

District Judge Susan J. Dlott

DAMIEN CHERRY

NOTICE

The Supervised Release Violation previously scheduled for April 10, 2008 at 2:30 p.m. is

hereby VACATED.

JAMES BONINI, CLERK

_____s/William Miller_____
William Miller
Case Manager
(513) 564-7630