IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:02CR38 |
| | : District Judge Susan J. Dlott |
| DAMIEN CHERRY | : |
| Defendant(s) | : |

ORDER

The above-captioned matter is hereby TRANSFERRED from the docket of The Honorable Susan J. Dlott to the docket of The Honorable S. Arthur Spiegel.

IT IS SO ORDERED.

_____
Susan J. Dlott
United States District Judge

_____
S. Arthur Spiegel
United States District Judge