AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ District of _____OHIO_____

UNITED STATES OF AMERICA

V.

Damien Cherry

**WARRANT FOR ARREST**

Case Number: 1:02cr38

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Damien Cherry_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition  **x** Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
SEE ATTACHED



in violation of Title _____ United States Code, Section(s) _____

Bill Miller
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*Bill Miller*
Signature of Issuing Officer

3/14/08 Cincinnati, OH.
Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  CRC ORIENT |

| DATE RECEIVED 3/14/08 | NAME AND TITLE OF ARRESTING OFFICER  George G Evans DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/19/08 | | |